1   JOHN C. CRUDEN
    Acting Assistant Attorney General
2   United States Department of Justice
    Environment & Natural Resources Division
3
    JEAN E. WILLIAMS, Section Chief
4   SETH M. BARSKY, Assistant Section Chief
    KRISTEN L. GUSTAFSON (D.C. Bar. N. 460443)
5   Kristen.Gustafson@usdoj.gov
    MICHAEL R. EITEL (Neb. Bar No. 22889)
6   Michael.Eitel@usdoj.gov
    ERIK E. PETERSEN (D.C. Bar No. 489073)
7   Erik.Petersen@usdoj.gov
    Trial Attorneys, Wildlife & Marine Resources Section
8   U.S. Department of Justice
    Environment & Natural Resources Division
9   Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369
10  Tel: 202-305-0339 / Fax: 202-305-0275

11  CHARLES R. SHOCKEY (D.C. Bar No. 914879)
    Trial Attorney, Natural Resources Section
12  United States Department of Justice
    Environment and Natural Resources Division
13  501 "I" Street, Suite 9-700
    Sacramento, CA 95814-2322
14  Tel: (916) 930-2203/ Fax:  (916) 930-2210
    Email:  charles.shockey@usdoj.gov
15
16  *Attorneys for Federal Defendants*

17              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                    (SAN FRANCISCO DIVISION)

19

20                                    )   Case No: CV-08-5546-MHP
                                      )
    CENTER FOR BIOLOGICAL             )
21  DIVERSITY, et al.,                )
                                      )
22          Plaintiffs,               )   **JOINT STIPULATION TO EXTEND**
      v.                              )   **THE TIME IN WHICH TO RESPOND**
23                                    )   **TO PLAINTIFFS' COMPLAINT AND**
                                      )   **TO SET DATE FOR PRODUCTION**
24  KEN SALAZAR, Secretary, U.S.      )   **OF ADMINISTRATIVE RECORD**
    Department of the Interior, et al., )
25                                    )
            Defendants.               )
26  _____ )

27

28

Joint Stipulation to Extend Time                              Civ. No. 08-5546-MHP

1    WHEREAS, Plaintiffs filed the above captioned case on December 11, 2008;

2    WHEREAS, Plaintiffs served the United States Attorney's Office for the Northern District

3    of California with the Summons and Complaint on December 11, 2008;

4    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants' response to

5    Plaintiffs' Complaint would be due on February 9, 2009;

6    WHEREAS, Defendants aver that they require additional time, up to and including March

7    13, 2009, in which to formulate a response to the issues presented in the Plaintiffs' Complaint;

8    WHEREAS, pursuant to Civ. L.R. 6-1, the "[p]arties may stipulate in writing, without a

9    Court order, to extend the time within which to answer or otherwise respond to the complaint . . .

10   provided the change will not alter the date of any event or any deadline already fixed by Court

11   order. . .";

12   WHEREAS, the agreed-upon extension will not affect or alter any current scheduling

13   deadlines fixed by this Court's Order Setting Initial Case Management Conference and ADR

14   Deadlines (Docket No. 4);

15   WHEREAS, without prejudice to any argument, claim, or defense that any party may have

16   in this case, the parties agree that Defendants shall file and serve the administrative records for the

17   challenged actions in this case by April 15, 2008,

18   NOW, THEREFORE, the parties hereby stipulate as follows:

19   1.    Defendants' time in which to respond to Plaintiffs' Complaint shall be enlarged to

20         March 13, 2009.

21   2.    Defendants shall file and serve the administrative records to Plaintiffs by April 15,

22         2009.

23

24

25

26

27

28

Joint Stipulation to Extend Time                                           Civ. No. 08-5546-MHP

                                             1

1

2

3      DATED February 5, 2009            Respectfully submitted,

4                                        JOHN C. CRUDEN
                                         Acting Assistant Attorney General
5                                        United States Department of Justice
                                         Environment & Natural Resources Division
6

7                                        JEAN E. WILLIAMS, Section Chief
                                         SETH M. BARSKY, Assistant Section Chief
8                                        ERIK E. PETERSEN (D.C. Bar No. 489073)
                                         Erik.Petersen@usdoj.gov
9

10
                                           /s/ Erik Petersen
11                                       ERIK E. PETERSEN (D.C. Bar No. 489073)
                                         Erik.Petersen@usdoj.gov
12                                       KRISTEN L. GUSTAFSON (D.C. Bar. N. 460443)
                                         Kristen.Gustafson@usdoj.gov
13                                        MICHAEL R. EITEL (Neb. Bar No. 22889)
                                         Michael.Eitel@usdoj.gov
14                                       Trial Attorneys, Wildlife & Marine Resources Section
                                         U.S. Department of Justice
15                                       Environment & Natural Resources Division
                                         Ben Franklin Station, P.O. Box 7369
16                                       Washington, D.C. 20044-7369
                                         Tel: 202-305-0339 / Fax: 202-305-0275
17

18                                       CHARLES R. SHOCKEY (D.C. Bar No. 914879)
                                         Trial Attorney, Natural Resources Section
19                                       United States Department of Justice
                                         Environment and Natural Resources Division
20                                       501 "I" Street, Suite 9-700
                                         Sacramento, CA 95814-2322
21                                       Tel: (916) 930-2203/ Fax:  (916) 930-2210
                                         Email:  charles.shockey@usdoj.gov
22

23                                       *Attorneys for Federal Defendants*

24

25      DATED February 5, 2009            Michael P Senatore
                                         msenatore@biologicaldiversity.org
26

27                                         /s/ Michael Senatore
                                         (with permission)
28                                       Michael P Senatore
                                         Center for Biological Diversity

1
2
3

1601 Connecticut Avenue, N.W., Suite 701
Washington, DC 20009-1056
301-466-0774
msenatore@biologicaldiversity.org

4
5
6
7

Lisa T. Belenky
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
415-436-9682 ext. 307 / 415-436-9683 (fax)
lbelenky@biologicaldiversity.org

8
9
10
11

Eric R. Glitzenstein
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue N.W., Suite 700
Washington, DC 20009
202-588-5206 / 202-588-5049 (fax)
eric@meyerglitz.com

12
13
14

Jason Rylander
Defenders of Wildlife
1101 17th Street, N.W.
Washington, DC 20036
(202) 682-9400
jrylander@defenders.org

15

16

*Attorneys for Plaintiffs*

17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to the attorneys of record.

I also certify that, on February 5, 2009, I sent the foregoing via overnight mail to the following attorney of record:

Jason Rylander
Defenders of Wildlife
1101 17th Street, N.W.
Washington, DC 20036
(202) 682-9400
jrylander@defenders.org

*/s/ Erik Petersen*

Erik E. Petersen, Trial Attorney

Joint Stipulation to Extend Time

4

Civ. No. 08-5546-MHP

1

2          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
3              (SAN FRANCISCO DIVISION)

4                                    )    Case No: CV-08-5546-MHP
   CENTER FOR BIOLOGICAL            )
5  DIVERSITY, et al.,               )
                                    )
6          Plaintiffs,              )    **[PROPOSED] ORDER REGARDING**
      v.                            )    **JOINT STIPULATION TO EXTEND**
7                                    )    **THE TIME IN WHICH TO RESPOND**
   KEN SALAZAR, Secretary, U.S.     )    **TO PLAINTIFFS' COMPLAINT AND**
8  Department of the Interior, et al.,  )    **TO SET DATE FOR PRODUCTION**
                                    )    **OF ADMINISTRATIVE RECORD**
9          Defendants.              )
                                    )
10 ─────────────────────────────── )

11         This matter having come before the Court on the parties' Joint Stipulation to Extend the Time

12 in which to Respond to Plaintiffs' Complaint and to Set Date for Production of Administrative Record,

13 the Court finds that:

14         1.    Defendants' time in which to respond to Plaintiffs' Amended Complaint shall be

15               enlarged to March 13, 2009.

16         2.    Defendants shall produce the administrative records to Plaintiffs by April 15, 2009.

17

18         IT IS SO ORDERED,

19

20    _____

21

22

23

24               Judge Marilyn H. Patel

25

26

27

28