1  JOHN C. CRUDEN, Acting Assistant Attorney General
   U.S. Department of Justice
2  Environment and Natural Resources Division

3  JEAN E. WILLIAMS, Section Chief
   SETH M. BARSKY, Assistant Section Chief
4  KRISTEN L. GUSTAFSON, Trial Attorney (D.C. Bar. No. 460443)
   Kristen.Gustafson@usdoj.gov
5  MICHAEL R. EITEL, Trial Attorney (Neb. Bar No. 22889)
   Michael.Eitel@usdoj.gov
6  ERIK E. PETERSEN, Trial Attorney (D.C. Bar No. 489073)
   Erik.Petersen@usdoj.gov
7  Environment & Natural Resources Division
   Wildlife & Marine Resources Section
8  1961 Stout Street, 8th Floor
   Denver, Colorado 80294
9  Tel: 303-844-1479 / Fax: 303-844-1350

10 CHARLES R. SHOCKEY, Trial Attorney (D.C. Bar No. 914879)
   Charles.Shockey@usdoj.gov
11 Environment & Natural Resources Division
   Natural Resources Section
12 501 "I" Street, Suite 9-700
   Sacramento, CA 95814-2322
13 Tel: 916-930-2203 / Fax: 916-930-2210

14 Additional Attorneys Listed on Signature Page

15
                    **UNITED STATES DISTRICT COURT**
16                **NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANCISCO DIVISION**
17

18 CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,    ) No: CV 08-5546-MHP (Lead Case)
                                                 )          CV 08-5605-MHP
19          Plaintiffs,                          )          CV 08-5654-MHP
                                                 )          CV 08-5775-MHP
20     v.                                        )          (Consolidated Cases)
                                                 )
21 KEN L. SALAZAR, *et al.*,                     )  **JOINT STIPULATION AND**
                                                 )  **[PROPOSED] CASE**
22          Defendants.                          )  **MANAGEMENT ORDER**
   _____ )
23 NATURAL RESOURCES DEFENSE COUNCIL, *et*       )
24 *al.*,                                        )
                                                 )
25          Plaintiffs,                          )
                                                 )
26     v.                                        )
                                                 )
27 UNITED STATES DEPARTMENT OF THE               )
   INTERIOR, *et al.*,                           )
28                                               )
            Defendants.                          )
   _____ )

NATIONAL WILDLIFE FEDERATION, *et al.*,       )
                                              )
        Plaintiffs,                           )
                                              )
        v.                                    )
                                              )
KEN L. SALAZAR, *et al.*,                     )
                                              )
        Defendants.                           )
_____    )
                                              )
PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,  )
                                              )
        Plaintiffs,                           )
                                              )
        v.                                    )
                                              )
KEN L. SALAZAR, *et al.*,                     )
                                              )
        Defendants.                           )
_____    )

Pursuant to the case management conference held on March 23, 2009, and pursuant to Civil Local Rules 7-12, 16-7, 16-9, and 16-10, the Plaintiffs and the Federal Defendants in the above-captioned cases (hereinafter, "Parties") respectfully request that this Court adopt this Stipulation and enter it as an order of the Court pursuant to Civil Local Rule 16-10(b) and other Local Rules. This Stipulation reflects and incorporates the agreements of the Parties in their respective Joint Case Management Statements filed on March 16, 2009,[1] while taking into account this Court's order that the above-captioned cases be consolidated and that Federal Defendants produce an Administrative Record by May 29, 2009. See Minute Order, Doc. 32, CV 08-5546-MHP. This Stipulation, if adopted by the Court, shall govern all further proceedings in this action.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that, upon approval of the Court, the following schedule shall apply in the consolidated cases:

        1.      Federal Defendants shall file and serve the Administrative Record by May 29, 2009.

_____
[1] See Doc. No. 31 in CV 08-5546; Doc. No. 25 in CV 08-5605; Doc. No. 23 in CV 08-5654; and Doc. No. 45 in CV 08-5775.

2.   30 days after service of the Administrative Record, the Parties shall file motion(s) relating to the Administrative Record and motion(s) for judgment on the pleadings, if any.

3.   60 days after the Administrative Record is deemed complete (either by agreement of the Parties or by order of the Court) or 60 days from resolution of any motion(s) for judgment on the pleadings, whichever is later, the NGO Plaintiffs[2] shall file a consolidated Motion for Summary Judgment of no more than 50 pages, and the State Plaintiffs shall file a separate Motion for Summary Judgment of no more than 50 pages. The NGO Plaintiffs and the State Plaintiffs need not file a separate statement of undisputed facts pursuant to Civil Local Rule 56-2.

4.   60 days after service of the Plaintiffs' summary judgment motions, Federal Defendants shall file, either in one consolidated brief of no more than 90 pages or in two separate briefs of no more than 50 pages, a combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment. Federal Defendants need not file a separate statement of undisputed facts pursuant to Civil Local Rule 56-2.

5.   60 days after service of the Federal Defendants' combined Cross-Motion and Opposition(s), the NGO Plaintiffs and the State Plaintiffs shall each file a combined Opposition to Defendants' Cross Motion for Summary Judgment and Reply in Support of their Motion for Summary Judgment of no more than 50 pages.

6.   40 days after service of the Plaintiffs' combined Oppositions and Replies, Federal Defendants shall file, either in one consolidated brief of no more than 45 pages or in two separate briefs of no more than 25 pages, a Reply in Support of their Motion for Summary Judgment.

//
//
//

---

[2] "NGO Plaintiffs" refers to the non-governmental organization Plaintiffs in CV 08-5546-MHP, CV 08-5605-MHP, and CV 08-5654-MHP. "State Plaintiffs" refers to the Plaintiffs in CV 08-5775.

1     DATED March 27, 2009         Respectfully Submitted,

2

3                          KRISTEN L. GUSTAFSON (D.C. Bar. N. 460443)
Kristen.Gustafson@usdoj.gov

4                          */s/ Michael R. Eitel*
MICHAEL R. EITEL (Neb. Bar No. 22889)

5                          Michael.Eitel@usdoj.gov
ERIK E. PETERSEN (D.C. Bar No. 489073)

6                          Erik.Petersen@usdoj.gov
Trial Attorneys, Wildlife & Marine Resources Section

7                          U.S. Department of Justice
Environment & Natural Resources Division

8                          1961 Stout Street, 8th Floor
Denver, Colorado 80294

9                          Tel: 303-844-1479 / Fax: 303-844-1350

10                       CHARLES R. SHOCKEY (D.C. Bar No. 914879)
Trial Attorney, Natural Resources Section

11                      United States Department of Justice
Environment and Natural Resources Division

12                      501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322

13                      Tel: (916) 930-2203/ Fax:  (916) 930-2210
Email: charles.shockey@usdoj.gov

14

15                      *Attorneys for Federal Defendants*

16     DATED March 27, 2009         Respectfully Submitted,

17                      Lisa T. Belenky (CA Bar No. 203225)

18                      CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600

19                      San Francisco, CA 94104
Telephone: (415) 436-9682 x 307

20                      Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.gov

21

22                      Brendan Cummings (CA Bar No. 193952)
Kassie Siegel (CA Bar No. 209497)

23                      CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box. 549

24                      Joshua Tree, CA 92252
Telephone: (760) 366-2232

25                      Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

26                            ksiegel@biologicaldiversity.org

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Michael R. Eitel*          *per email authorization*
Michael Senatore, application for *pro hac vice* pending
CENTER FOR BIOLOGICAL DIVERSITY
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
Telephone: 301-466-0774
Email: msenatore@biologicaldiversity.org

Eric Glitzenstein, application for *pro hac vice* pending
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
Email: eglitzenstein@meyerglitz.com

Jason Rylander, pro hac vice
Defenders of Wildlife
1101 17th Street, N.W.
Washington, D.C. 20036
(202) 682-9400
Email: jrylander@defenders.org

*Attorneys for Plaintiffs in CV 08-5546-MHP*

DATED March 27, 2009          Respectfully Submitted,

*/s/ Michael R. Eitel*          *per email authorization*
JANETTE K. BRIMMER (MNB# 174762)
Admitted Pro Hac Vice
KRISTEN L. BOYLES (CSB # 158450)
Earthjustice
705 2nd Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340
(206) 343-1526 [FAX]
jbrimmer@earthjustice.org
kboyles@earthjustice.org

ANDREW WETZLER CA #202299)
Natural Resources Defense Council
101 N. Wacker Drive, Suite 609
Chicago, IL 60606
(312) 780-7431
(312) 663-9900 [FAX]
awetzler@nrdc.org

*Attorneys for Plaintiffs in CV 08-5605-MHP*

DATED March 27, 2009          Respectfully Submitted,

4

1
2
3
4
5

Mary Randolph Sargent admitted *pro hac vice*
John Kostyack
NATIONAL WILDLIFE FEDERATION
901 E Street NW, Suite 400
Washington, D.C. 20004
Tel: 202-797-6879
Fax: 202-797-6646
Email: Kostyack@nwf.org; sargent@nwf.org

6
7
8
9
10

Amber Kemble (CA Bar No. 221366)
Law Office of Amber Kemble
4160 Suisun Valley Road, Suite E 444
Fairfield, California 94534
Tel: 707-410-6690
Fax: 707-747-5209
Email: deltalawyers@gmail.com

11
12
13
14
15
16

*/s/ Michael R. Eitel*              **per email authorization*
Daniel J. Rohlf
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6707
Fax: (503) 768-6642
Email: rohlf@lclark.edu

*Attorneys for Plaintiffs in CV 08-5654-MHP*

17

DATED March 27, 2009          Respectfully Submitted,

18
19

EDMUND G. BROWN JR.
Attorney General of the State of California
KEN ALEX, Special Assistant Attorney General

20
21
22
23
24
25

*/s/ Michael R. Eitel*              **per email authorization*
TARA L. MUELLER, Deputy Attorney General
Calif. State Bar No. 161536
California Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 622-2136
Facsimile: (510) 622-2270
E-mail: tara.mueller@doj.ca.gov

26

*Lead Attorneys for State Plaintiffs in CV 08-5775-MHP*

27

//

28

//

5

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4

5    DATED: _____          _____
                                             HONORABLE MARILYN HALL PATEL
6                                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I, Michael R. Eitel, hereby certify that on March 27, 2009, I electronically filed the

foregoing Stipulation with the Clerk of Court using the CM/ECF system, which will automatically

send email notification to attorneys of record.  Moreover, I caused to be served, postage prepaid,

copies of the foregoing on the following counsel:

Jason Rylander
Defenders of Wildlife
1101 17th Street, N.W.
Washington, DC 20036
202-682-9400 (Tel.)

Daniel J. Rohlf
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, OR 97219
503-768-6707 (Tel.)

Jose A. Suarez
Connecticut State Attorney General's Office
55 Elm Street
Hartford, CT 06106
(860) 808-5318 (Tel.)

John Kostyack
National Wildlife Federation
901 E Street, NW, Suite 400
Washington, DC 20004
202-797-6879 (Tel.)

Tricia K. Jedele
Department of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 (Tel.)

*/s/ Michael R. Eitel*
Michael R. Eitel