1 | JOHN C. CRUDEN, Acting Assistant Attorney General
U.S. Department of Justice
2 | Environment and Natural Resources Division

3 | JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief
4 | KRISTEN L. GUSTAFSON, Trial Attorney (D.C. Bar. No. 460443)
Kristen.Gustafson@usdoj.gov
5 | MICHAEL R. EITEL, Trial Attorney (Neb. Bar No. 22889)
Michael.Eitel@usdoj.gov
6 | ERIK E. PETERSEN, Trial Attorney (D.C. Bar No. 489073)
Erik.Petersen@usdoj.gov
7 | Environment & Natural Resources Division
Wildlife & Marine Resources Section
8 | 1961 Stout Street, 8th Floor
Denver, Colorado 80294
9 | Tel: 303-844-1479 / Fax: 303-844-1350

10 | CHARLES R. SHOCKEY, Trial Attorney (D.C. Bar No. 914879)
Charles.Shockey@usdoj.gov
11 | Environment & Natural Resources Division
Natural Resources Section
12 | 501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
13 | Tel: 916-930-2203 / Fax: 916-930-2210

14 | Additional Attorneys Listed on Signature Page

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | No: CV 08-5546-MHP (Lead Case) |
| Plaintiffs, | CV 08-5605-MHP |
| | CV 08-5654-MHP |
| v. | CV 08-5775-MHP |
| | (Consolidated Cases) |
| KEN L. SALAZAR, *et al.*, | **JOINT STIPULATION TO DISMISS CASE** |
| Defendants. | |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| KEN L. SALAZAR, *et al.*, | ) |
| Defendants. | ) |
| PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| KEN L. SALAZAR, *et al.*, | ) |
| Defendants. | ) |

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 7-12, Plaintiffs the Center for Biological Diversity *et al.*, Natural Resources Defense Council *et al.*, National Wildlife Federation *et al.*, and the State of California *et al.*, and Federal Defendants Ken L. Salazar *et al.*, jointly stipulate that the above-captioned cases be dismissed without prejudice. All parties will bear their own fees and costs incurred in this action.

DATED May 14 , 2009             Respectfully Submitted,

*/s/ Michael R. Eitel*
MICHAEL R. EITEL (Neb. Bar No. 22889)
Michael.Eitel@usdoj.gov
ERIK E. PETERSEN (D.C. Bar No. 489073)
Erik.Petersen@usdoj.gov
Trial Attorneys, Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Tel: 303-844-1479 / Fax: 303-844-1350

*Attorneys for Federal Defendants*

DATED May 14, 2009          Respectfully Submitted,

/s/ Michael Senatore (with permission rec'd 5/14/09)
Michael Senatore
CENTER FOR BIOLOGICAL DIVERSITY
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
Telephone: 301-466-0774
Email: msenatore@biologicaldiversity.org

*Attorneys for Plaintiffs in CV 08-5546-MHP*

DATED May 14, 2009          Respectfully Submitted,

/s/ Janette K. Brimmer (with permission rec'd 5/14/09)
JANETTE K. BRIMMER (MNB# 174762)
KRISTEN L. BOYLES (CSB # 158450)
Earthjustice
705 2nd Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 / (206) 343-1526 [FAX]
jbrimmer@earthjustice.org
kboyles@earthjustice.org

*Attorneys for Plaintiffs in CV 08-5605-MHP*

DATED May 14, 2009          Respectfully Submitted,

/s/ Mary Randolph Sargent (with permission rec'd 5/14/09)
Mary Randolph Sargent
John Kostyack
NATIONAL WILDLIFE FEDERATION
901 E Street NW, Suite 400
Washington, D.C. 20004
Tel: 202-797-6879 / Fax: 202-797-6646
Email: Kostyack@nwf.org; sargent@nwf.org

*Attorneys for Plaintiffs in CV 08-5654-MHP*

DATED May 14, 2009          Respectfully Submitted,

/s/ Tara L. Mueller (with permission rec'd 5/14/09)
TARA L. MUELLER, Deputy Attorney General
Calif. State Bar No. 161536
California Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 622-2136
Facsimile: (510) 622-2270
E-mail: tara.mueller@doj.ca.gov

*Lead Attorneys for State Plaintiffs*

IT IS SO ORDERED
Judge Marilyn H. Patel

2

**CERTIFICATE OF SERVICE**

I, Michael R. Eitel, hereby certify that on May 14, 2009, I electronically filed the foregoing Stipulation with the Clerk of Court using the CM/ECF system, which will automatically send email notification to attorneys of record. Moreover, I caused to be served, postage prepaid, copies of the foregoing on the following counsel:

Jason Rylander
Defenders of Wildlife
1101 17th Street, N.W.
Washington, DC 20036
202-682-9400 (Tel.)

John Kostyack
National Wildlife Federation
901 E Street, NW, Suite 400
Washington, DC 20004
202-797-6879 (Tel.)

Daniel J. Rohlf
Pacific Environmental Advocacy Center
10015 S.W. Terwilliger Boulevard
Portland, OR 97219
503-768-6707 (Tel.)

Tricia K. Jedele
Department of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 (Tel.)

Jose A. Suarez
Connecticut State Attorney General's Office
55 Elm Street
Hartford, CT 06106
(860) 808-5318 (Tel.)

                                           */s/ Michael R. Eitel*
                                           Michael R. Eitel